IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DANIEL GLASS                                                                          PETITIONER

v.                                  NO. 5:05CV00035 GH/JFF

LARRY NORRIS, Director,
Arkansas Department of
Correction                                                                             RESPONDENT

## JUDGMENT

Pursuant to the Proposed Findings and Recommendations filed in this matter, it is Considered, Ordered, and Adjudged that Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is dismissed with prejudice upon Respondent's motion.

IT IS SO ADJUDGED this 2nd day of September, 2005.

*[signature: George Howard, Jr.]*
UNITED STATES DISTRICT JUDGE